**Christopher Lee JOHNSON, Plaintiff-Appellant,**

v.

**APPLE, INC.; Tim Cook, Defendants-Appellees.**

**No. 17-2331**

United States Court of Appeals, Fourth Circuit.

Submitted: March 5, 2018

Decided: March 13, 2018

Christopher Lee Johnson, Appellant Pro Se.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lee Johnson seeks to appeal the district court's order adopting the magistrate judge's recommendation and dismissing Johnson's civil complaint without prejudice. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on September 21, 2017. The notice of appeal was filed on November 6, 2017. Because Johnson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*